# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2198

_____

Pamela L. Jones

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of the Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: February 10, 2015
Filed: March 3, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Pamela L. Jones appeals the district court's[1] order affirming the denial of disability insurance benefits. Liberally construing Jones's brief, she appears to

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska, now retired.

challenge the Adminstrative Law Judge's (ALJ's) credibility findings. Following careful review of the parties' submissions and the record before us, we conclude that the ALJ did not err in making her credibility findings and that the ALJ's determination is supported by substantial evidence on the record as a whole. Accordingly, we affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B.

_____